840

No. 299. INTERNATIONAL ORGANIZATION MASTERS, MATES & PILOTS OF AMERICA, INC., ET AL. v. INTERNATIONAL ORGANIZATION MASTERS, MATES & PILOTS OF AMERICA, LOCAL No. 2, ET AL. Supreme Court of Pennsylvania. Certiorari denied. *Richard H. Markowitz* for petitioners. *William A. Goichman* and *Paul Ribner* for respondents.

No. 303. MELNICK ET UX. v. MINA ET UX. C. A. 3d Cir. Certiorari denied. *Edward B. Bergman* for petitioners.

No. 309. KAVOOKJIAN ET AL. v. TOWN OF DARIEN. Supreme Court of Errors of Connecticut. Certiorari denied. *Abraham Davis Slavitt* for petitioners. *Warren W. Eginton* and *John F. Spindler* for respondent.

No. 315. RESTAURANT LEAGUE OF NEW YORK, INC., ET AL. v. TOWNSEND ET AL. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied. *Herbert Burstein* for petitioners.

No. 317. CUDDY, ADMINISTRATRIX v. WESTERN MARYLAND RAILWAY. C. A. 3d Cir. Certiorari denied. *Elwood S. Levy* for petitioner. *William C. Purnell* for respondent.

No. 323. RAMEY v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Stanley M. Dietz* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.